NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 24 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ABDUL HOWARD, AKA Lesley Long, <br><br> Defendant - Appellant. | No. 24-3371 <br><br> D.C. No. 2:13-cr-00186-GMN-VCF-1 <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Nevada
Gloria M. Navarro, District Judge, Presiding

Submitted December 17, 2024[**]

Before:      WALLACE, GRABER, and BUMATAY, Circuit Judges.

Abdul Howard appeals from the district court's order denying his motion for

compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  Howard's counsel filed

a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no

non-frivolous arguments for appeal.  Howard has filed a pro se supplemental

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

opening brief.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 4 75, 80 (1988), discloses no non-frivolous arguments to be made as to whether the district court abused its discretion in denying the motion for compassionate release, *see United States v. Aruda*, 993 F.3d 797, 799 (9th Cir. 2021).

Counsel's motion to withdraw is granted.

**AFFIRMED.**